Exhibit A

STATE OF RHODE ISLAND
PROVIDENCE, SC.

FAMILY COURT

CHARLOTTE S. DUKE :
:
VS. : NO. P82-2878
:
GORDON M. DUKE :

ORDER

The above-entitled matter came on for hearing on the merits before Judge Crouchly in the Providence County Family Court on June 5 and 6, 1984. After hearing thereon and due consideration thereof, it is hereby:

ORDERED

1. The parties are awarded the joint custody of the minor children of the parties, to wit; L'Oreal, age 3, and Natalia, age 2. The Court finds as a fact that both parents are fit and proper persons to have the care, custody and control of the minor children of the parties. The Court finds as a fact that it is in the best welfare of the children that both parents have joint custody. The parties should have physical possession of the minor children of the parties as close to fifty (50%) percent of the time as possible.

2. The visitation schedule shall, at the present time, accomodate the days off of the Defendant who is employed as a firefighter at the Providence Fire Department. At the present time the Plaintiff is unemployed. Defendant shall be allowed to see, take and visit with the minor children of the parties on his days off, including overnights as close to fifty (50%) percent of the week as possible.

110

3. Defendant shall continue to reside in the marital domicile located at 4 Kenyon Road, Cranston, Rhode Island and shall be entitled to the exclusive use and possession of said domicile until further Order of the Court.

4. The Court is aware that Defendant's mother will move into the marital domicile with him to assist in payment of household bills and also to assist in the care of the minor children of the parties when they are with the Defendant.

5. The matter is continued for further hearing before Judge Crouchley in the Providence County Family Court to June 20, 1984 at 9:30 a.m. at which time the remaining prayers as of petition and cross petition for divorce will be heard.

ENTERED as an Order of this Honorable Court this 14 day of June A.D., 1984.

PER ORDER:

Pauline M. Desjardins

ENTER:

Crouchley J 6/14/84

PRESENTED BY:

JOHN D. LYNCH #0684

CERTIFICATION

I hereby certify that on the 6th day of June, 1984, I mailed a true copy of the within Order to William Filippo, Esq., attorney for the Plaintiff, at his usual business address.

110