HIL/dd 5/17/85

Exhibit B

STATE OF RHODE ISLAND
PROVIDENCE, SC.

FAMILY COURT

CHARLOTTE S. DUKE :

VS: : F.C. NO. 82-2878

GORDON M. DUKE :

ORDER

The above matter came on for hearing before Chief Judge Gallogly on May 9 and May 10, 1985 on the following Motions: (1) The defendant's Motion to Fix Custody and Visitation; (2) the Plaintiff's Motion to Fix Custody and Visitation; (3) various Motions to Adjudge in Contempt and Motions with respect to support; and after the taking of testimony therein and due consideration thereof, it is hereby

ORDERED:

1. The court will make no findings with respect to contempt.

2. With respect to the Motions to Fix Custody and Visitation, after the hearing of testimony by the parties, the court reaffirms the previous order awarding custody to the plaintiff/mother.

3. With respect to visitation, the court sets visitation as follows:

The defendant/father shall exercise visitation in accordance with his work schedule from 9:00 a.m. on the first day through 6:00 p.m. on the second day, at which time he shall return the minor children to the plaintiff/mother. In the event the visitation of the defendant/father falls on a day that either of the children are in school, then it shall be the responsibility of the defendant/father to take the child to

4. The defendant is ordered to provide the plaintiff with the necessary cards affording the plaintiff and children the dental coverage and Rhode Island Group Health Care coverage.

5. When the defendant receives his income tax rebate check, he is ordered to pay to Howard I. Lipsey, Esquire a counsel fee of $200.00.

6. A child support obligation is hereby imposed upon the defendant, based upon his wages with the Providence Fire Department, in the sum of $50.00 per week. A lien is hereby imposed upon defendant's interest in the real estate located at 4 Kenyon Road, Cranston, Rhode Island. This is in addition to a lien previously imposed on said property.

ENTERED as an Order of this Honorable Court, this 29th day of May, 1985.

APPROVED: PER ORDER:

Mary Ann Ra... Asst. Clerk

PRESENTED BY:

HOWARD I. LIPSEY, ESQUIRE

CERTIFICATION

I hereby certify that on the 20th day of May, 1985 I mailed a copy of the within Order to Mr. Gordon M. Duke, 4 Kenyon Road, Cranston, RI.