Exhibit D

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES
SUPREME COURT INFORMATION SYSTEM

PAGE 1
DATE 06/27/86

DOCKET EVENT LISTING

TITLE: CHARLOTTE S. DUKE VS. GORDON M. DUKE FILE NO.: 85-0426
FILING DATE: 08-13-85 DOCKET NO.: 85-0366 DOCKET DATE: 08-13-85
APP. TYPE: CERTIORARI AGENCY: FAMILY COURT

| | | | |
|---|---|---|---|
| DUKE,CHARLOTTE S. | PLA | LIPSEY,HOWARD I | PRI |
| DUKE,GORDEN M. | DEF | PRO,SE | PRI |

| DATE | ACTION | OUTCOME | DATE | STAGE |
|---|---|---|---|---|
| 08-13-85 | PETITION FOR CERTIORARI FILED. | | | BEFORE FIRST BRIEF |
| 08-13-85 | MEMORANDUM FILED | | | |
| 09-04-85 | MOTION TO CONSOLIDATE FILED. FILED BY DEF. CASE 850390 A. | | | |
| 11-27-85 | ORDER MOTION TO REMAND IS SEE 84-537 | GRANTED | | |
| 02-20-86 | ORDER PETITION FOR CERTIORARI. | GRANTED | 02-20-86 | |
| 02-20-86 | ORDER ASSIGNED TO HEARING APRIL CALENDAR | GRANTED | | SECOND BRIEF FILED |
| 03-13-86 | ORDER MOTION TO REMAND IS | DENIED | 03-13-86 | |
| 03-13-86 | BEVILACQUA,CJ.NOT PARTICPATING | | | |
| 04-21-86 | HEARD ON DEFENDANT'S APPEAL | | | CASE HEARD |
| 06-11-86 | OPINION APPEAL DEN.& DISMISSED PLA. AND DEF. APPEALS ARE BOTH DENIED & DISMISSED. | | | AFTER DECISION FIL |
| 06-12-86 | MOTION TO REARGUE | | | |
| 06-12-86 | MEMORANDUM FILED | | | |
| 06-17-86 | OBJECTION TO MOTION FILED | | | |
| 06-26-86 | ORDER PETITION TO REARGUE | DENIED | 06-26-86 | |
| 06-27-86 | PAPERS/TRANS/EXHIBITS REMANDED | | | |

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

K. Fockler 8-15-2005
Signature Date