UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GORDON M. DUKE | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-366T |
| v. | : | |
| | : | |
| CHARLOTTE S. DUKE | : | |
| | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance as attorney for the Defendant.

Defendant
By her attorney,

Gregory P. Piccirilli, Esq.
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
Tel. (401) 946-4900
Fax (401)944-3250

**CERTIFICATION**

I hereby certify that on September 9, 2005, a copy of the within was mailed to Gordon M. Duke, 82 Maple Avenue, Johnston, RI 02919.