UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GORDON M. DUKE | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-366T |
| v. | : | |
| | : | |
| CHARLOTTE S. DUKE | : | |
| | : | |
| Defendant | : | |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, by and through her attorney, hereby moves to dismiss Plaintiff's complaint for failure to state a claim upon which relief may be granted. The reasons for said motion are more fully set forth in the enclosed memorandum of law.

Defendant
By her attorney,

Gregory P. Piccirilli, Esq.
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
Tel. (401) 946-4900
Fax (401)944-3250

CERTIFICATION

I hereby certify that on September 13, 2005, a copy of the within was mailed to Gordon M. Duke, 82 Maple Avenue, Johnston, RI 02919.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GORDON M. DUKE | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-366T |
| v. | : | |
| | : | |
| CHARLOTTE S. DUKE | : | |
| | : | |
| Defendant | : | |

**DEFENDANT'S MEMORANDUM OF LAW**
**IN SUPPORT OF MOTION TO DISMISS**

This matter involves a pro se complaint filed by Gordon Duke against his ex-wife, Charlotte Duke. Plaintiff alleges that this Court has jurisdiction under 42 U.S.C. § 1983 and the 14th Amendment to the United States Constitution.

As has been stated by the First Circuit Court of Appeals, "It is, by this time, well settled that neither section 1983 nor the Fourteenth Amendment reaches private actions." Rodriguez-Garcia v. Davila, 904 F.2d 90 (1st Cir. 1990). Since the complaint is filed by Defendant solely against his ex-wife, no state action is alleged, and the complaint must be dismissed. See Flagg Bros., Inc. v. Brooks, 436 U.S. 149 (1978).

Plaintiff's intent in bringing this action is predicated upon his desire to harass Defendant, who is currently attempting to collect past-due child support from Plaintiff with the assistance of the State of Rhode Island. Plaintiff has been previously warned about the improper filing of actions against his ex-wife, as evidenced by the attached order entered by the First Circuit Court of Appeals. Defendant, therefore, respectfully requests that this Court order Plaintiff to pay to Defendant reasonable attorneys fees pursuant to Fed. R. Civ. P. 11, and grant such other relief as this Court may deem proper.

Defendant
By her attorney,

Gregory P. Piccirilli, Esq.
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
Tel. (401) 946-4900
Fax (401)944-3250

CERTIFICATION

I hereby certify that on September 13, 2005, a copy of the within was mailed to Gordon M. Duke, 82 Maple Avenue, Johnston, RI 02919.