AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Gordon M. Duke

V.

Charlotte S. Duke

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 366T

TO: (Name and address of Defendant) Charlotte S. DUKE
105 Angell Rd.
Lincoln, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gordon M. Duke pro se
82 Maple Ave
Johnston, RI 02919

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 8/26/05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-30-05 |
| NAME OF SERVER (*PRINT*) Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 105 Angel Rd Lincoln RI in hand

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | |

## DECLARATION OF SERVER

**I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.**

**Executed on** 8-30-05
Date

Richard Bourque
*Signature of Server*

75 Holburn Ave Cranston RI
*Address of Server*

FILED
2005 SEP 19 A 11:
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.**