UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON M. DUKE,

Plaintiff,

V. C.A. 05-366T

CHARLOTTE S. DUKE

Defendant,

MOTION FOR REMOVAL FROM STATE COURT
(Pursuant to 28 USCS 1441, and 1443)

Now comes the plaintiff, Gordon M. Duke, and requests that an Order be entered granting the removal of case # 84-537, 85-390A, and 85-366MP of the Rhode Island Supreme Court, to the United States District Court, in that this petitioner is seeking relief from a Final Judgment entered into the record, and since review of the record and transcripts are necessary in order for this Court to make a proper determination as to whether the constitutional rights of the plaintiff were violated, transmittal of the record is proper. Congress, in exercise of its power to enforce, by appropriate legislation, provisions of Fourteenth Amendment could enact provisions of predecessor to 28 USC 1443 for removal to federal court of suits in which equal civil rights to citizens cannot be enforced in state court. Strauder v West Virginia (1880) 100 US 303, 10 Otto 303, 25 L. Ed 664

Gordon M. Duke pro-se
82 Maple Ave.
Johnston, R.I. 02919

CERTIFICATION

I hereby certify that on this 19 day of September 2005, I mailed a true copy of the within to Gregory Piccirilli Esq. 121 Phenix Ave. Cranston, R.I. 02920