UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Gordon Duke

RE: CA 05-366T

Duke v. Duke

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 9 / 19 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

✓ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:_____

ENTER: [signature]
United States Magistrate Judge

Date: 9/19/05

cc: Counsel of Record

RECEIVED

SEP 19 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT FOR RHODE ISLAND

GORDON M. DUKE ;
Plaintiff,

V. : C.A. 05- 366T

CHARLOTTE S. DUKE ;
Defendant,

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS

Now comes the plaintiff and files his Objection to the defendant's "Motion To Dismiss" stating that there are constitutional questions of law which are properly before this honorable court, as outlined in the COMPLAINT. This action arises under the laws and Constitution of the United States, specifically the 14th Amendment of the U.S. Constitution. If there exists any genuine issue of material fact between parties, court may neither dismiss the suit under Rule 12 nor grant summary judgment. Smith v Nixon (1979) 196 US App DC 276, 606 F2d1183 cert den (1981) 453 US 912, 69 L ED 2d 997, 101 S Ct 3147 reh den (1981) 453 US 928, 69 L Ed 2d 1024, 102 S Ct 892

Gordon Duke pro-se

Gordon M. Duke pro-se
82 Maple Ave
Johnston, R.I. 02919

## CERTIFICATION

I hereby certify that on this 19 day of September 2005, I mailed a true copy of the within Objection to Vincent Picirrilli, 121 Phenix Ave. Cranston, R.I. 02920

Gordon Duke

Gordon Duke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON M. DUKE ;

V. ; C.A. 05-366T

CHARLOTTE S. DUKE ;

MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS

When there exists any genuine issue of material fact between the parties, the court may neither dismiss the suit under Rule 12 nor grant summary judgment , Smith v. Nixon (1979) 196 US App DC 276, 606 F2d 1183 cert den (1981) 453 US 912, 69 L Ed 2d 997, 101 S Ct 3147 reh den (1981) 453 US 928, 69 L Ed 2d 1024, 102 S Ct 892.

A motion to dismiss should be granted only where it appears beyond doubt that plaintiff can prove no set of facts in support of the claim that would entitle them to relief; plaintiff's allegations must be accepted as true, and the court must draw all inferences in favor of the plaintiff. Utendahl v. IRS Treasury Dept. (2003 ED NY ) 2003-2 USTC 50728, 92 AFTR 2d 7186

Gordon M. Duke pro-se
82 Maple Ave.
Johnston, R.I. 02919
401-559-8014

CERTIFICATION

I hereby certify that I mailed a true copy of the within Memorandum to Gregory Picirrilli, 121 Phenix Ave. Cranston, R.I. on this ______ day of September 2005.

Gordon Duke