UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GORDON M. DUKE :
: 
Plaintiff, :
: C.A. No. 05-366T
v. :
:
CHARLOTTE S. DUKE :
:
Defendant :

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, by and through her attorney, hereby moves to dismiss Plaintiff's complaint for failure to state a claim upon which relief may be granted. The reasons for said motion are more fully set forth in the enclosed memorandum of law.

GRANTED
Ernest C. Torres
Chief, US District Judge
10/4/05

Defendant
By her attorney,

Gregory P. Piccirilli, Esq.
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
Tel. (401) 946-4900
Fax (401)944-3250

CERTIFICATION

I hereby certify that on September 13, 2005, a copy of the within was mailed to Gordon M. Duke, 82 Maple Avenue, Johnston, RI 02919.