FILED

SEP 1 9 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

10/4/05: DENIED AS MOOT IN VIEW OF THE ORDER DATED 10/4/05 GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT.
DLA
USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON M. DUKE,

Plaintiff,

V. C.A. 05-366T

CHARLOTTE S. DUKE

Defendant,

MOTION FOR REMOVAL FROM STATE COURT
(Pursuant to 28 USCS 1441, and 1443)

Now comes the plaintiff, Gordon M. Duke, and requests that an Order be entered granting the removal of case # 82 -2878 of the Rhode Island Family Court, to the United States District Court, in that this petitioner is seeking relief from a Final Judgment entered into the record, and since review of the record and transcripts are necessary in order for this Court to make a proper determination as to whether the constitutional rights of the plaintiff were violated, transmittal of the record is proper. Congress, in exercise of its power to enforce, by appropriate legislation, provisions of Fourteenth Amendment could enact provisions of predecessor to 28 USC 1443 for removal to federal court of suits in which equal civil rights to citizens cannot be enforced in state court. Strauder v West Virginia (1880) 100 US 303, 10 Otto 303, 25 L. Ed 664 . Also fraud and circumvention in obtaining judgment are ordinarily sufficient grounds for vacating judgment, particularly if party is prevented from presenting merits of his case, Assmann v Fleming (1947, CA8 Neb ) 159 F2d 332

Gordon Duke
Gordon M. Duke pro-se
82 Maple Ave.
Johnston, R.I. 02919

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 9/27/05

CERTIFICATION